IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-838-MOC-DCK

| | |
|---|---|
| CUMIS INSURANCE SOCIETY INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., et al., ) <br> ) <br> Defendants. ) <br> ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Brian D. Roth, concerning James L. Richards, on January 30, 2024. James L. Richards seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. James L. Richards is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 30, 2024

David C. Keesler
United States Magistrate Judge