IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-838-MOC-DCK

| | |
|---|---|
| **CUMIS INSURANCE SOCIETY INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BANK OF AMERICA, N.A., et al.,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Brian D. Roth, concerning Kevin G. Barreca, on January 30, 2024. Kevin G. Barreca seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Kevin G. Barreca is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 30, 2024

David C. Keesler
United States Magistrate Judge